**FILED**

**SEP 20 1994**

THOMAS C. CAVER, CLERK
BY _____
DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 94-114-E |
| ) | [21 USC 841(a)(1); |
| ANTHONY FERRELL HOLSTICK, ) | 21 USC 846; |
| MACK CORNELL HOLSTICK, ) | 21 USC 848(a); |
| LESTER JAMES HOLSTICK, ) | 21 USC 861; |
| ROCHESTER HOLSTICK, JR., ) | 18 USC 924(c)(1); |
| CURTIS LEWIS HOLSTICK, ) | 18 USC 1956(a)(1); |
| ANDREW LEWIS WILSON, ) | 18 USC 2] |
| SCOTTIE FITZGERALD ROWELL, ) | |
| BETTY JEAN HOLSTICK, ) | |
| CHARLIE LEE DAVIS, JR., ) | |
| STACEY WINFIELD, ) | |
| RODERICK DURELL BAKER, ) | |
| TAHARA KISHONE BEARD, ) | |
| MORRIS JENKINS, ) | |
| JEFFREY LEON JONES, ) | |
| JACQUES MARQUIS KNIGHT and ) | |
| SENTEVELLA M. HOWARD ) | **SUPERSEDING INDICTMENT** |

The Grand Jury charges:

## COUNT I

That from in or about June, 1988, to in or about May, 1994, the exact dates being unknown to the Grand Jury, within the Middle District of Alabama, and elsewhere,

ANTHONY FERRELL HOLSTICK,
MACK CORNELL HOLSTICK,
LESTER JAMES HOLSTICK,
ROCHESTER HOLSTICK, JR.,
CURTIS LEWIS HOLSTICK,
ANDREW LEWIS WILSON,
SCOTTIE FITZGERALD ROWELL,
BETTY JEAN HOLSTICK,
CHARLIE LEE DAVIS, JR.,
STACEY WINFIELD,
RODERICK DURELL BAKER,
TAHARA KISHONE BEARD,
MORRIS JENKINS,
JEFFREY LEON JONES,
JACQUES MARQUIS KNIGHT and
SENTEVELLA M. HOWARD,

defendants herein, did knowingly and intentionally combine,

525

conspire, confederate and agree together with each other and others both known and unknown to the grand jury, to commit the following offense against the United States, to knowingly and intentionally possess with intent to distribute and to distribute cocaine and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## OVERT ACTS

In furtherance of the conspiracy and to effect and accomplish the objects of the conspiracy, one or more of the conspirators committed the following acts:

1. On or about April 13, 1991, in Opelika, Alabama, JEFFREY LEON JONES possessed with intent to distribute cocaine base.

2. On or about June 6, 1991, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK possessed a Cobray Model M11, 9 mm semi-automatic pistol, serial number 89-0023725.

3. On or about July 18, 1991, in Opelika, Alabama, JEFFREY LEON JONES possessed cocaine base.

4. On or about July 29, 1991, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Mossberg Model 500A, 12 gauge shotgun, serial number K820721, from Helms Gun Shop.

5. On or about September 13, 1991, in Opelika, Alabama, CURTIS LEWIS HOLSTICK distributed cocaine base.

6. On or about October 14, 1991, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a PWA Commando .223 caliber semi-automatic rifle, serial number 6791, from Nichols Gun Shop.

7. On or about October 15, 1991, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Mossberg Model 500, 12 gauge pump action shotgun, serial number J943821, from Nichols Gun Shop.

8. On or about November 10, 1991, in Opelika, Alabama, MACK CORNELL HOLSTICK, MORRIS JENKINS, and Frank Louis Whatley assaulted Greg Nelms.

9. On or about December 1, 1991, in Opelika, Alabama, ANDREW LEWIS WILSON assaulted Ervin Moore.

10. On or about December 9, 1991, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Ruger Model P90, .45 caliber semi-automatic pistol, serial number 660-02085, from Nichols Gun Shop.

11. On or about December 15, 1991, in Opelika, Alabama, MACK CORNELL HOLSTICK and ANDREW LEWIS WILSON assaulted Ervin Moore.

12. On or January 20, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Glock Model 23, .40 caliber semi-automatic pistol, serial number PZ888, from Nichols Gun Shop.

13. On or about January 31, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Ruger, Mini 14 .223 caliber semi-automatic rifle, serial number 188-33251, from Nichols Gun Shop.

14. On or about February 7, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Marlin Model 45, .45 caliber semi-automatic rifle, serial number 10903222, from Nichols Gun Shop.

15. On or about February 11, 1992, in Birmingham, Alabama, JACQUES MARQUIS KNIGHT and John Henry Meadows were in possession of $6,000 and a stolen Smith and Wesson 10 mm pistol.

16. On or about February 29, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Ruger Mini 30, 7.62 caliber semi-automatic rifle, serial number 18954773, from Nichols Gun Shop.

17. On or about March 6, 1992, in Opelika, Alabama, John Henry Meadows purchased a SKS 7.62 semi-automatic rifle, serial number 9133884, from the Log Cabin Country Store.

18. On or about March 19, 1992, in Opelika, Alabama, JACQUES MARQUIS KNIGHT possessed cocaine base.

19. On or about April 1, 1992, in Opelika, Alabama, JACQUES MARQUIS KNIGHT possessed cocaine base.

20. On or about April 14, 1992, in Opelika, Alabama, CHARLIE LEE DAVIS, JR. distributed cocaine and possessed a Haskell Model JS .45 caliber pistol, serial number 002426.

21. On or about March 5, 18 and 19, 1992, in Opelika, Alabama, ANDREW LEWIS WILSON possessed cocaine base.

22. On or about April 27, 1992, SENTEVELLA M. HOWARD rented the house at 1102 South Main Street, in Tuskegee, Alabama, to Solomon McCullough, for the use of ANTHONY FERRELL HOLSTICK.

23. On or about May 22, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK was involved in a shooting.

24. On or about July 21, 1992, ANDREW LEWIS WILSON and SCOTTIE FITZGERALD ROWELL shot Jeffrey Lamar Jones.

25. On or about July 26, 1992, in Opelika, Alabama, MACK CORNELL HOLSTICK, John Henry Meadows and MORRIS JENKINS shot into an occupied dwelling.

26. On or about July 27, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased an American Industries Calico, M-100 .22 caliber semi-automatic rifle, Serial Number 011893, at Helms Video Rental.

27. On or about July 27, 1992, in Opelika, Alabama, MORRIS JENKINS and John Henry Meadows assaulted Rodney Alan Doolittle.

28. On or about August 6, 1992, in Opelika, Alabama, ROCHESTER HOLSTICK, JR. purchased an American Industries, Calico M100, .22 caliber semi-automatic rifle, serial number 003332 from Helms Video Rental.

29. On or about August 6, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased an Inland M-1, .30 caliber semi-automatic carbine, serial number 5453998, from Helms Video Rentals.

30. On or about August 6, 1992, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK shot at Edward Crabb.

31. On or about August 8, 1992, in Troup County, Georgia, ROCHESTER HOLSTICK, JR., LESTER JAMES HOLSTICK and Herbert Charles Rowell possessed cocaine and $1,100.

32. On or about October 2, 1992, in Opelika, Alabama, John Henry Meadows assaulted Ira Kindred.

33. On or about November 12, 1992, in Opelika, Alabama, John Henry Meadows was in possession of a stolen motor vehicle, a Mossberg Model 500A, 12 gauge shotgun, serial number K820721 and a

stolen Mossberg 500A, 12 gauge shotgun, serial number K960007.

34. On or about January 5, 1993, near Alexander City, Alabama, John Henry Meadows intentionally killed Rufus Riggins, Jr. and Tommy J. Smith.

35. On or about February 23, 1993, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Norinco AK-47, "Hunter" 7.62 caliber semi-automatic rifle, serial number 135266, from Helms Video Rental.

36. On March 10, 1993, in Opelika, Alabama, ANTHONY FERRELL HOLSTICK purchased a Glock, Model 19, 9mm semi-automatic pistol from Helms Video Rentals.

37. On or about April 22, 1993, in Opelika, Alabama, SCOTTIE FITZGERALD ROWELL possessed cocaine base and possessed a Norinco AK-47, "Hunter" 7.62 caliber semi-automatic rifle, serial number 135266, and a Lorcin, .380 caliber semi-automatic pistol, serial number 110898.

38. On or about July 21, 1993, TAHARA KISHONE BEARD possessed cocaine base.

39. The Grand Jury further realleges Counts Two through Twenty-Five of this Indictment as though fully set forth here, in furtherance of the conspiracy, all in violation of Title 21, United States Code, Section 846.

## COUNT II

1. That from on or about June, 1988, to on or about May, 1994, the exact dates being unknown to the Grand Jury, within the Middle District of Alabama, and elsewhere,

6

ANTHONY FERRELL HOLSTICK and
MACK CORNELL HOLSTICK,

defendants herein, did engage in a continuing criminal enterprise by committing a continuing series of felony violations of Section 841, 843(b) and 846 of Title 21, United States Code, which continuing series of violations was undertaken by said defendants in concert with at least five other persons with respect to whom defendants occupied a position of organizer, a position of supervisor, and other positions of management, and from which continuing series of violations defendants obtained substantial income and resources.

  2. The continuing series of violations undertaken by defendants,

ANTHONY FERRELL HOLSTICK and
MACK CORNELL HOLSTICK

includes:

  (a) From at least June, 1988, to May, 1994, defendants,

ANTHONY FERRELL HOLSTICK and,
MACK CORNELL HOLSTICK,

did knowingly and intentionally conspire, combine, confederate and agree together with each other and others known and unknown to the grand jury, to possess with intent to distribute and to distribute 1500 grams or more of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, as described in Count One, and did commit various other violations of Title 21, as set out in Count One, which is realleged as though fully set forth here, all in violation of Title 21, United States Code, Section 848(a).

## COUNT III

From in or about June 1991 and continuing up to in or about May 1994, in Lee County, Macon County and elsewhere, within the Middle District of Alabama,

**ANTHONY FERRELL HOLSTICK,**

defendant herein, did knowingly use and carry firearms during and in relation to the commission of the offense of conspiracy to possess with intent to distribute and to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, a drug trafficking crime prosecutable in a court of the United States, all in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT IV

On or about March 17, 1991, in Opelika, in the Middle District of Alabama,

**ANTHONY FERRELL HOLSTICK and
MACK CORNELL HOLSTICK,**

defendants herein, aiding and abetting each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT V

On or about April 13, 1991, in Opelika, in the Middle District of Alabama,

**MACK CORNELL HOLSTICK,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT VI

On or about April 25, 1991, in Opelika, in the Middle District of Alabama,

**MACK CORNELL HOLSTICK,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT VII

On or about July 18, 1991, in Opelika, in the Middle District of Alabama,

**MACK CORNELL HOLSTICK,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT VIII

On or about September 13, 1991, in Opelika, in the Middle District of Alabama,

**LESTER JAMES HOLSTICK,**

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT IX

On or about December 1, 1991, in Opelika, in the Middle District of Alabama,

**ANDREW LOUIS WILSON,**

defendant herein, did knowingly use and carry a firearm during and in relation to the commission of the offense of conspiracy to possess with intent to distribute and to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, a drug trafficking crime prosecutable in a court of the United States, all in violation of Title 18, United States Code, Section 924(c)(1).

## COUNT X

On or about December 15, 1991, in Opelika, in the Middle District of Alabama,

**ANDREW LOUIS WILSON and
MACK CORNELL HOLSTICK,**

defendants herein, aiding and abetting each other, did knowingly use and carry a firearm during and in relation to the commission of the offense of conspiracy to possess with intent to distribute and to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, a drug trafficking crime prosecutable in a court of the United States; all in violation of Title 18, United States Code, Section 924(c)(1) and 2.

## COUNT XI

On or about December 28, 1991, in Opelika, in the Middle District of Alabama,

**ANTHONY FERRELL HOLSTICK,**

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XII

On or about December 28, 1991, in Opelika, in the Middle District of Alabama,

**ANTHONY FERRELL HOLSTICK,**

defendant herein, did knowingly and intentionally employ, hire, use, persuade, induce, entice, and coerce a minor, a person under eighteen years of age, to possess with intent to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), and at the time of said violation the minor was under eighteen years of age, in further violation of Title 21, United States Code, Section 861.

## COUNT XIII

On or about February 5, 1992, in Opelika, in the Middle District of Alabama,

**LESTER JAMES HOLSTICK,**

defendant herein, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

11

## COUNT XIV

On or about February 20, 1992, in Opelika, in the Middle District of Alabama,

    ANTHONY FERRELL HOLSTICK and
    LESTER JAMES HOLSTICK,

defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XV

On or about April 1, 1992, in Opelika, in the Middle District of Alabama,

    CHARLIE LEE DAVIS, JR.

defendant herein, did knowingly and intentionally possess with intent to distribute and distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT XVI

On or about April 1, 1992, in Opelika, in the Middle District of Alabama,

    CHARLIE LEE DAVIS, JR. and
    JACQUES MARQUIS KNIGHT

defendants herein, did knowingly and intentionally employ, hire, use, persuade, induce, entice, and coerce a minor, a person under eighteen years of age, to distribute cocaine base, a Schedule II Controlled Substance, in violation of Title 21, United States Code,

Section 841(a)(1), and at the time of said violation the minor was under eighteen years of age, in further violation of Title 21, United States Code, Section 861.

### COUNT XVII

On or about April 2, 1992, in Opelika, in the Middle District of Alabama,

>     ANTHONY FERRELL HOLSTICK,
>     MACK CORNELL HOLSTICK and
>     SCOTTIE FITZGERALD ROWELL,

defendants herein, aiding and abetting each other, did knowingly use and carry firearms during and in relation to the commission of the offense of conspiracy to possess with intent to distribute and to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, a drug trafficking crime prosecutable in a court of the United States, all in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

### COUNT XVIII

On or about April 14, 1992, in Opelika, in the Middle District of Alabama,

>     ANTHONY FERRELL HOLSTICK and
>     MACK CORNELL HOLSTICK,

defendants herein, aiding and abetting each other and others known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XIX

On or about July 20, 1992, in Tuskegee, in the Middle District of Alabama,

>ANTHONY FERRELL HOLSTICK,
>MACK CORNELL HOLSTICK,
>SCOTTIE FITZGERALD ROWELL,
>CHARLIE LEE DAVIS, JR.,
>MORRIS JENKINS, and
>JACQUES MARQUIS KNIGHT,

defendants herein, aiding and abetting each other, did knowingly use and carry a firearm during and in relation to the commission of the offense of conspiracy to possess with intent to distribute and to distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, a drug trafficking crime prosecutable in a court of the United States, all in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT XX

On or about April 4, 1993, in Auburn, in the Middle District of Alabama,

>ANTHONY FERRELL HOLSTICK,
>SCOTTIE FITZGERALD ROWELL,
>TAHARA KISHONE BEARD and
>BETTY JEAN HOLSTICK,

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XXI

On or about April 10, 1993, in Auburn, in the Middle District

of Alabama,

> ANTHONY FERRELL HOLSTICK
> BETTY JEAN HOLSTICK and
> TAHARA KISHONE BEARD,

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XXII

On or about April 17, 1993, in Auburn, in the Middle District of Alabama,

> ANTHONY FERRELL HOLSTICK,
> JEFFREY LEON JONES,
> TAHARA KISHONE BEARD and
> BETTY JEAN HOLSTICK,

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XXIII

On or about April 24, 1993, in Auburn, in the Middle District of Alabama,

> ANTHONY FERRELL HOLSTICK and
> STACEY WINFIELD,

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT XXIV

On or about May 7, 1993, in Auburn, in the Middle District of Alabama,

>ANTHONY FERRELL HOLSTICK,
>RODERICK BAKER and
>BETTY JEAN HOLSTICK,

defendants herein, aiding and abetting each other, did knowingly and intentionally distribute cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## COUNT XXV

On or about April 27, 1992, in Tuskegee, in the Middle District of Alabama,

>ANTHONY FERRELL HOLSTICK and
>SENTEVELLA M. HOWARD,

defendants herein, aiding and abetting each other and others known and unknown to the grand jury, did knowingly and willfully conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit: the rental of a parcel of real estate, located at 1102 South Main Street, Tuskegee, Alabama, which involved the proceeds of a specified unlawful activity, that is, the illegal possession with intent to distribute and distribution of cocaine base, with the intent to promote the carrying on of said unlawful activity and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction, that is, funds, represented some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and B.

A TRUE BILL:

_____
Foreperson

_____
**REDDING PITT**
United States Attorney

_____
**LOUIS V. FRANKLIN, SR.**
Assistant United States Attorney

17