IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 94-114-E
)
SENTEVELLA M. HOWARD )

MOTION FOR LEAVE TO DISMISS INDICTMENT

Comes Now the United States of America by and through its Attorney for the Middle District of Alabama and moves the Court for leave to dismiss the indictment heretofore filed in the above styled cause to Sentevella M. Howard on the following grounds, to-wit:

After re-evaluating our evidence, we decided to dismiss the indictment in the interest of justice.

Assistant United States Attorney
LOUIS V. FRANKLIN, SR.

ORDER

Upon consideration of the Motion for Leave to Dismiss indictment heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 5th day of Jan., 1995.

UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the indictment heretofore filed in the above styled cause as to Sentevella M. Howard.

Assistant United States Attorney
LOUIS V. FRANKLIN, SR.