| | | Assigned | WRIT | VS. | (LAST, FIRST, MIDDLE) | Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|
| PO | ☐ | 1127 3:94-2705 | ☐ | | HOWARD, SENTEVEIA M | 05 | 03 | 94 | 00114 | 16 |
| Misd. | ☐ | Disp/Sentence 2705 | ☐ Numerous | | | | No. of | | | |
| Felony | ☒ | District  Off  Judge/Magistr | ☐ ALIAS OFFENSE ON INDEX CARD | | | 16 | Def's | ● U.S. MAG CASE NO ▶ | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| | **SUPERSEDING INDICTMENT** | | |
| 21:846 | Conspiracy to Possess With Intent to Distribute and to Distribute A Controlled Substance-Cocaine Base [Ct 1] | 1 | X |
| 18:1956(a)(1)(A)(i) & B | Laundering of Monetary Instruments [Ct 25] | 1 | X |

SUPERSEDING COUNTS

### II. KEY DATE

| INTERVAL ONE | | END ONE AND/OR BEGIN TWO | | END INTERVAL TWO |
|---|---|---|---|---|
| KEY DATE EARLIEST OF | ☐ arrest ☐ sum'ns ☐ custody ☐ appears on complaint | KEY DATE 5-3-94 APPLICABLE | ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver | KEY DATE 7-1-94 8-18-94 9-20-94 | a)☒ 1st appears on pending charge /R40 b)☐ Receive file R20/21 c)☒ Supsdg☐ Indt ☐ Inf d)☒ Order New trial e)☐ Remand f)☐ G/P Withdrawn | KEY DATE 1-5-95 APPLICABLE | ☒ Dismissal Pled ☐ guilty ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. |

| 1st appears with or waives counsel | ARRAIGNMENT 9-26-94 | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 1-5-95 | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def ☐ motion on gov't ☒ motion |

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | |

Show last names and suffix numbers of other defendants on same indictment/information: A HOLSTICK 01; M HOLSTICK 02; L HOLSTICK 03; R HOLSTICK 04; C HOLSTICK 05; WILSON 06; ROWELL 07; B HOLSTICK 08; DAVIS 09; WINFIELD 10; BAKER 11; BEARD 12; JENKINS 13; JONES 14; KNIGHT 15

### IV. ATTORNEYS

U.S. Attorney or Asst.
REDDING PITT, USA

Louis V. Franklin, Sr., AUSA

Defense: 1 ☐ CJA  2 ☒ Ret  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

David B. Byrne
P. O. Drawer 1470
Montgomery, AL  36102
834-7000

Deft's Address:

2617 Indian Hills Road
Auburn, AL  36830

### BAIL ● RELEASE

**PRE INDICTMENT**
Release Date: 
Bail Denied ☐
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
Conditions: ☐ Fugitive ☐ Pers. Rec. ☐ PSA ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST INDICTMENT**
Release Date:
Bail Denied ☐
AMOUNT SET $ 50,000
Date Set 7-1-94
☐ Bail Not Made
Date Bond Made 7-1-94
Conditions: ☐ Fugitive ☐ Pers. Rec. ☐ PSA ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| | | | | | Case Filed | | | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|
| PO ☐ | | Assigned | | WRIT ☐ | Mo | Day | Yr | | |
| Misd. ☐ | | Disp./Sentence | U.S. VS. | JUVENILE ☐ | HOWARD, SENTEVEILLA M. | | | 3:94-00114-16 | |
| Felony ☒ | District | Off. | Judge/Magistr. | ALIAS ☐ OFFENSE ON INDEX CARD ☐ | (LAST, FIRST, MIDDLE) | | | No. of Def's 16 | U.S. MAG CASE NO ▶ |

### I. CHARGES

| US TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21/846 | Conspiracy to possess with intent to distribute and distribute a controlled substance--cocaine/base (Ct. 1) | 1 | |
| 18/1956(a)(1)(A)(i) & 2 | Laundering of monetary instruments (Ct. 30) | 1 | |
| | **SUPERSEDING INDICTMENT** | | |
| 21:846 | Conspiracy to Possess With Intent to Distribute and to Distribute a Controlled Substance-Cocaine/Base [Ct. 1] | 1 | |
| 18:1956(a)(1)(A)(i) and B | Laundering of Monetary Instruments [Ct. 32] | 1 | |

SUPERSEDING COUNTS

### II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears — on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE **5/3/94** APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE **7-1-94** / **8-18-94**
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☒ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: ☐ Dismissal ☐ Pled guilty {After N.G. ☐ Nolo {After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT 7-18-94 | 1st Trial Ended 8-26-94 | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

### III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant | Issued / Return | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| Summons | Issued / Served | | PRELIMINARY EXAMINATION OR REMOVAL HEARING ☐ | Date Scheduled ▶ / Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued / COMPLAINT ▶ | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Show last names and suffix numbers of other defendants on same indictment/information:
A.HOLSTICK 01;M.HOLSTICK 02;L.HOLSTICK 03;R.HOLSTICK 04;C.HOLSTICK 05; WILSON 06;ROWELL 07;B.HOLSTICK 08;DAVIS 09;WINFIELD 10; BAKER 11;BEARD 12;JENKINS 13;JONES 14;KNIGHT 15;HOWARD 16

ATTORNEYS U.S. Attorney or Asst.
REDDING PITT, U.S. ATTORNEY
LOUIS V. FRANKLIN, SR., ASST. U.S. ATTORNEY

Defense: 1 ☐ CJA  2 ☒ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

David B. Byrne
~~210 Commerce St.~~ P. O. Drawer 1470
Montgomery, AL 36104/2
(205) 834-7000

Deft's Address:

2617 Indian Hills Road
Auburn, AL  36830

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

**BAIL ● RELEASE**

PRE INDICTMENT
Release Date: 
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT
Release Date: **7-1-94**
☐ Bail Denied
AMOUNT SET $**50,000**
Date Set **7-1-94**
☐ Bail Not Made
Date Bond Made **7-1-94**
☐ Fugitive ☐ Pers. Rec. ☐ PSA
Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☒ Other

| FINE AND RESTITUTION PAYMENTS | | | ☒ Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO | | V. PROCEEDINGS |
|---|---|---|
| | | 94 00114  16  [ ] MASTER DOCKET - MULTIPLE DEFENDANT CASE   PAGE 1 OF<br>[X] PROCEEDINGS DOCKET FOR SINGLE DEFENDANT<br>HOWARD, SENTEVELLA M. |
| 05-03-94 | 1 | **Indictment.** |
| 05-04-94 | 17 | **Warrant** for arrest. |
| 7-1-94 | | Initial appearance. |
| 7-1-94 | 17A | Courtroom Clk's **MINUTES** of IA before Magistrate Judge Carroll. |
| 7-1-94 | 29 | U. S. Magistrate Judge Carroll's **ORDER** setting conditions of release. (Copy mailed to defendant.) |
| 7-1-94 | 30 | $50,000 unsecured appearance bond executed before Mag. Judge Carroll this date. (Copies of release order and bond furnished to USA, PTSO & USM.) |
| 7-5-94 | 48 | U. S. Marshal's return on warrant for arrest of defendant; executed June 30, 1994. |
| 7-8-94 | 73 | **ARRAIGNMENT NOTICE.** (11:00 a.m., 7-18-94, 4th floor courtroom) (Copies mailed to defendant; furnished: USA, USM, USPTS) |
| 7-18-94 | | **ARRAIGNMENT.** Defendant appeared with counsel of record and entered a plea of not guilty to all counts charged. Defendant continued on same bond and conditions of release executed on 7-1-94.  Court directs counsel to file notice of appearance. |
| 7-18-94 | 164 | Magistrate Judge Coody's **ORDER ON ARRAIGNMENT** directing that all pretrial motions must be filed no later than ten days from the date of this order; ORDERING the government to file written responses to all contested pretrial motions other than motions for discovery within ten days of the date the motion is filed. The case is currently set for **trial** in Montgomery during the trial term commencing **9/12/94**. (Copies mailed to counsel; furnished USA, USM, USPO, USPTS.) |
| 7-19-94 | | **NOTICE** to Retained Criminal Defense Attorneys mailed to Atty David Byrne. |
| 7-27-94 | 174 | Government's **petition** for Writ of Habeas Corpus ad Testificandum (Ervin Ridgeway Moore). Referred to Magistrate Judge Coody. **ORDER** directing Clerk to issue a WHCAT. (Copies furn. to: USA, USM, USPO, USPTS). |
| 7-27-94 | 218 | Attorney David B. Byrne, Jr.'s **notice of appearance** as counsel for defendant. |
| 7-27-94 | 219 | Defendant's **MOTION** to Dismiss. Referred to Judge Hobbs. Referred to Magistrate Judge Coody. **DEN as moot 9/16/94.** |
| 7-27-94 | 220 | Defendant's **MOTION** TO Suppress Evidence (brief incorporated). Referred to Judge Hobbs. Referred to Magistrate judge Coody. |
| 7-27-94 | 221 | Defendant's **MOTION** for severance. Exhibit "A" attached. Referred to Judge Hobbs. Referred to Magistrate Judge Coody. **Terminated by 9/9/94 Order** |
| 7-27-94 | 222 | Defendant's **Memorandum Brief** in support of Motion for Severance. Referred to Judge Hobbs. |

CONTINUED TO PAGE

| DATE | PROCEEDINGS (continued) Page 2 | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) (b) (c) (d) |
| 7-27-94 | 223 Defendant's **MOTION** for Early Disclosure of All Jencks Act Material. Referred to Magistrate Judge Coody. **GR/DEN in part 8/1/94** | |
| 7-27-94 | 224 Defendant's **MOTION** for Production of Favorable And/Or Exculpatory Evidence. Referred to Magistrate Judge Coody. **GR/DEN in part 8/1/94** | |
| 7-27-94 | 225 Defendant's **MOTION** for Discovery and Inspection. Referred to Magistrate Judge Coody. **GR/DEN in part 8/1/94** | |
| 7-27-94 | 226 Defendant's **MOTION** for Order Directing Agents to Retain Rough Notes. Referred to Magistrate Judge Coody. **DEN 8/1/94** | |
| 7-27-94 | 227 Defendant's **MOTION** for Bill of Particulars. Referred to Magistrate Judge Coody. **DEN 8/1/94** | |
| 7-27-94 | 228 Defendant's **MOTION** to Require the Government to Provide Defendant With Notice of Its Intent to Use Rule 404(B) Evidence at Trial. Referred to Magistrate Judge Coody. **GR/DEN in part 8/1/94** | |
| 7-28-94 | 241 **ORDER** referring defendant's motions to dismiss, to suppress evidence and to sever to Magistrate Judge Coody for findings of fact and for recommendation. (Copies mailed to all counsel; furnished: USA, USM, USPO, USPTS). | |
| 7-29-94 | 242 Writ of Habeas Corpus ad Testificandum issued to Warden at St. Clair Correctional Institute, Springville, AL, for Ervin Ridgeway Moore. (Original del. to USM; furnished to: USA, USPO, USPTS). | |
| 8-1-94 | 279 Magistrate Judge Coody's **ORDER** that **all motions to suppress** shall be filed on or before **8/5/94**; any motions to suppress filed after that date will be summarily denied. Motions filed on or before 8/5/94 shall be and **are set** for an **evidentiary hearing** at 1:00 p.m., on **8/12/94**, 4th Fl Courtroom, Montgomery. (Copies mailed to counsel; furnsihed USA, USM, USPTS, Marie, Ace.) **Vacated; see 8/5/94 ord** | |
| 8-1-94 | 285 Magistrate Judge Coody's **DISCOVERY ORDER** treating deft's motion for early disclosure (Doc #223), motion for production (Doc #224), motion for discovery (Doc #225), and motion to require govt to provide deft with notice (Doc #228) as request for disclosure of discoverable information; ordering the government to respond to deft's request within 10 days of the date of this order. Further ORDERED (1) that the motions are GRANTED as outlined in this order and (2) that, except as provided herein, the motions are otherwise DENIED, without prejudice. (Copies mailed to cousnel; furnished USA, USM, USPTS.) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — USA VS. SENTEVELLA M. HOWARD
AO 256A

| DATE | PROCEEDINGS (continued) Page 3 (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 8-1-94 | 286 Magistrate Judge Coody's ORDER DENYING defendant's 7/27/94 motion for order directing agents to retain rough notes. (Copies mailed to counsel; furnished USA, USM, USPTS.) | |
| 8-1-94 | 287 Magistrate Judge Coody's ORDER DENYING defendant's 7/27/94 motion for bill of particulars. (Copies mailed to counsel; furnished USA, USM, USPTS.) | |
| 8-5-94 | 297 Magistrate Judge Coody's ORDER VACATING the court's 8/1/94 order requiring that all motions to suppress be filed on 8/5/94 and setting an evidentiary hearing on such motions. Further ORDERED (1) that a **status conference** is hereby set at **1:00 p.m., 8/12/94,** 4th floor courtroom, Montgomery; (2) that an **evidentiary hearing** on **all motions to suppress** filed on or before 8/5/94 is set on **8/12/94,** immediately following the status conference. (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, Marie, Ace.) | |
| 8-12-94 | **STATUS CONFERENCE/HEARING.** | |
| 8-12-94 | 317 Courtroom Clerk's MINUTES of 8/12/94 Status Conference/Hearing [on: Deft Beard's 7/18/94 Motion for Trial In Opelika, etc.; Attorney Camp's 8/5/94 Motion to Withdraw as Counsel; **Rule 44** as to Atty Whittelsey; Atty Ammons' 8/10/94 Motion for Leave to Withdraw as Counsel; Atty Schuessler's Motions--7/18 and 8/10--to be Relieved of Appointment; **Rule 44** as to Atty Davis continued until the week of 8/22] before Magistrate Judge Coody. WITNESS LIST attached. Tapes 947 and 948; Tape 948 <u>sealed</u> per oral order of the court. | |
| 8-15-94 | 323 Magistrate Judge Coody's ORDER that the **Rule 44 proceeding** concerning defendants represented by Timothy B. Davis are continued to **8/25/94** at 1:00 p.m., third floor courtroom, Montgomery. (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, Marie, Ace.) | |
| 8-15-94 | 324 Magistrate Judge Coody's ORDER that as to all motions to suppress and any other motion on which an evidentiary hearing is desired, a request for an evidentiary hearing shall be filed on or before 8/19/94, that a **consolidated hearing** on all such motions shall commence on **8/23/94** at 9:00 a.m., Montgomery. (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, Marie, Ace.) | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT | | | |
|---|---|---|---|
| CRIMINAL DOCKET | U.S. vs SENTEVELLA M. HOWARD | | |
| AO 256A | | 94 00114 16 | |
| | | Yr. \| Docket No. \| Def. | |

| DATE | PROCEEDINGS (continued)    Page 4 | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 8-15-94 | 347 **TRIAL NOTICE** (9/12/94 at 10:00, 1st floor courtroom, Montgomery). (Copies mailed to counsel with juror profile notice and to defendant; furnished USA with juror profile notice, USM, USPO, USPTS.) | |
| 8-17-94 | 348 **ORDER** [Cr. Nos. 94-55-N, 94-86-S, 94-89-N, 94-114-E, 94-119-S, 94-153-N, 94-156-E, 94-157-N, 94-158-E and 94-159-N] DIRECTING that parties file any requested **voir dire questions** and any proposed **jury instructions** on or before **9/2/94**. (Copies mailed to all counsel of record; furnished USA, USM, USPTS.) | |
| 8-18-94 | 351 **SUPERSEDING INDICTMENT.** | |
| 8-19-94 | 367 Summons issued directing the defendant to appear before Magistrate Judge McPherson on **8/30/94 at 9:00 a.m.**; furnished USM for service. | |
| 8-23-94 | **CONSOLIDATED HEARING** on all pending motions held. | |
| 8-23-94 | 392 Courtroom Deputy's minutes of consolidated motion hearing with exhibit list attached. Tape 950. | |
| 8-23-94 | 393 Government's response to defendant's motion to sever filed in open court. Referred to Magistrate Judge Coody. | |
| 8-23-94 | 396 Magistrate Judge Coody's **ORDER** continuing the **hearing** on **motions to suppress** to **8/25/94** immediately following the Rule 44 proceeding set on the same date at 1:00 p.m.; DIRECTING the Clerk to notify all counsel telephonically. (Copies mailed to all counsel; all counsel advised telephonically; copies furnished USA, USM, USPTS, Marie, Ace.) | |
| 8-24-94 | 427 **Alias SUMMONS** issued for defendant's appearance on **9/1/94 at 9:00 a.m.**, First Floor Courtroom, before Magistrate Judge Coody (for arraignment on superseding indictment). Furnished USM for service. | |
| 8-26-94 | **HEARING** on defendant motion to suppress evidence held. | |
| 8-26-94 | 436 Courtroom Deputy's Minutes of hearing on motion to suppress evidence. Tapes 956 and 957. | |
| 8-26-94 | **ARRAIGNMENT.** Defendant appeared with counsel of record and entered a plea of not guilty to all counts charged. Defendant continued on same bond and conditions of release executed on 7-1-94. | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 8-26-94 | 461 U. S. Marshal's return on Alias Summons issued on 8/24/94; served on defendant on 8/26/94 @ Federal Courthouse, Montgomery, AL. | |
| 8-29-94 | 464 Magistrate Judge Coody's **RECOMMENDATION** that defendant's motion to dismiss the indictment be denied as moot; **ORDER** that the Clerk of the court file the recommendation and mail a copy thereof on the parties to this action; the parties are DIRECTED to file any objections to said recommendation within a period of 13 days from the date of mailint to them. (Copies mailed to: Counsel; furnished: USA, USM, USPO, USPTS). | |
| 8-29-94 | 467 U. S. Marshal's return on service of summons issued to defendant on 8/19/94; served by CM/RRR on 8/27/94. | |
| 8-30-94 | 469 Magistrate judge Coody's **ORDER ON ARRAIGNMENT** that defendant was arraigned on a superseding indictment and entered a Plea of NOT GUILTY on August 26, 1994. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | |
| 8-30-94 | 471 Magistrate Judge Coody's **ORDER** that defendant is granted leave to file a motion to suppress setting forth the grounds for her suppression of a lease agreement which more fully was described and discussed during an evidentiary hearing held on August 26, 1994; that briefs on the issue of suppressing this lease agreement shall be filed on or before September 7, 1994. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | |
| 8-30-94 | 472 Magistrate Judge Coody's **RECOMMENDATION** that defendant's motion to suppress be DENIED; **ORDER** that the Clerk of the Court file the recommendation and serve by mail a copy thereof on the parties to this action; that the parties are DIRECTED to file any objections to said recommendation within a period of 13 days from the date of mailing to them. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | |
| 8-30-94 | 473a United States' **petition** for WHCAT to Donaldson Correctional Facility, Bessemer, for Ervin Moore's appearance 10-3-94 at 10 a.m. to testify. Referred to Judge Hobbs. | |

Interval (per Section II)   Start Date   Ltr. Total
End Date   Code Days

UNITED STATES DISTRICT COURT — EASTERN DIVISION
CRITICAL DOCKET   U. S. vs
HOWARD, SENTEVELLA M.
AO 256A
94-00114-16
Yr. | Docket No. | Def.

Case 3:94-cr-00114-TMH-CSC   Document 1514   Filed 03/03/2008   Page 8 of 12

| DATE | PROCEEDINGS (continued)   Page 6 (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 9-1-94 | 475   Magistrate judge Coody's **ORDER** that briefs of all parties on the motions to suppress shall be filed on or before September 8, 1994; granting defendants' Anthony and Mack Holstick's motion for an extension of time to file brief. (Copies mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | |
| 9-2-94 | 480   Defendant's **amended motion** to suppress evidence with attached Exhibit A. Referred to Magistrate Judge Coody. | |
| 9-2-94 | 481   Government's requested **voir dire** questions. Referred to Judge Hobbs. | |
| 9-2-94 | 482   Government's requested **jury instructions** (Nos. 1-13). Referred to Judge HObbs. | |
| 9-2-94 | 488   Magistrate judge Coody's **RECOMMENDATION** that the motion for severance filed by defendant be DENIED; **ORDER** that the Clerk of the court file the recommendation and to serve by mailing a copy thereof on the parties to this action. The parties are DIRECTED to file any objections to said recommendation within a period of 13 days from the date of mailing to them. (Copy mailed to all counsel of record; furnished: USA, USM, USPO, USPTS). | |
| 9-7-94 | 491   Defendant's **MEMORANDUM BRIEF** in Support of Amended Motion to Suppress evidence. Referred to Magistrate Judge Coody. | |
| 9-8-94 | 492   Government's **RESPONSE** to Defendant's Amended Motion to Suppress Evidence. Referred to Magistrate Judge Coody. | |
| 9-8-94 | 493   USM's return on execution of 7/29/94 WHCAT for Ervin Ridgeway Moore; writ returned unexecuted (trial continued). | |
| 9-8-94 | **STATUS CONFERENCE.** | |
| 9-8-94 | 494   Courtroom Clerk's MINUTES of 9/8/94 Status Conference before Judge Hobbs. Attys Whittelsey and Davis' **Oral Motion** for Trial in Opelika--Order to issue denying motion. Attys Davis and Whittelsey's **Oral Motion** for trial on 9/19/94 -- **DENIED**. Order to issue splitting defts for trial and setting **10/3/94** trial date. All motions in limine to be filed ASAP. Deft Wilson's **Oral Motion** for Additional Time to File Motions -- **GRANTED**. | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET         SENTEVELLA M. HOWARD
AO 256A

| DATE | PROCEEDINGS (continued) Page 7 (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9-9-94 | 495  ORDER DENYING 9/8/94 (oral) motion for change of venue from Montgomery to Opelika and deft Beard's 7/18/94 motion for trial to be held in Opelika, Alabama and for jury venire to be chosen from Eastern Division only. (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, CC, MT, BA.) | | | | |
| 9-9-94 | 496  ORDER GRANTING deft Wilson's motion for continuance of trial from the September 12, 1994 trial date; DENYING the (Joint) Motion for continuance re Holstick defts; GRANTING the motions for continuance of defts Wilson, Knight and Davis; their case will be set for trial with the second group of defendants; directing that the second group of eight defendants will not be tried in the term commencing 10/3/94 but within a reasonable time after the first case is concluded. [See 18 USC 3161(h)(8)(A).] (Copies mailed all counsel; furnished USA, USM, USPO, USPTS, CC, Mt, BT.) | | | | |
| 9-9-94 | 497  ORDER DENYING deft Jenkins' 8/5/94 motion for seperate trial from co-defendant **Mack Holstick as moot. The court has decided to try eight of the defendants together at a trial** to begin **10/3/94.** These **eight defts** are **Anthony Ferrell Holstick, Mack Cornell Holstick, Lester James Holstick, Rochester Holstick, Jr., Curtis Lewis Holstick, Betty Jean Holstick, Tahara Kishone Beard and Jeffrey Jones.** The other eight defts will be tried on a date after the completion of the trial beginning 10/3/94. ANY REQUESTED VOIR DIRE QUESTIONS AND ANY REQUESTED JURY INSTRUCTIONS by defts scheduled for trial on 10/3/94 shall be filed on or before **9/26/94** (original and one copy). (Copies mailed to all counsel; furnished USA, USM, USPO, USPTS, MT, CC.) | | | | |
| 9-12-94 | 498  ORDER DIRECTING the Clerk to issue a WHCAT addressed to Warden, Donaldson Correctional Facility for **Ervin Ridgeway Moore's** appearance on 10/3/94 at 10:00 a.m. (Copies furnished USA, USM, USPO, USPTS.) | | | | |
| 9-13-94 | 499  WHCAT issued to Warden, Donaldson Correctional Facility for prisoner Ervin Ridgeway Moore for 10/3/94; furnished USM for service. | | | | |
| 9-14-94 | 500  Government's PETITION for WHCAT to Warden, Donaldson Correctional Facility for **John Henry Meadows'** appearance on 10/3/94 at 10:00 a.m. Referred to Judge Hobbs. | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| | | | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET    U.S. vs SENTEVELLA M. HOWARD<br>AO 256A | | | 94 | 00114 | | 16 |
| | | | Yr. | Docket No. | | Def. |
| DATE | PROCEEDINGS (continued)    Page 8<br>(Document No.) | | (a) | (b) | (c) | (d) |
| 9-15-94 | 502 | Magistrate Judge Coody's **RECOMMENDATION** that defendant Howard's motion to suppress be denied and **ORDER** DIRECTING the parties to file any objections to the Recommendation within a period of 13 days from the date of mailing to them. (Copies mailed to counsel; furnished USA, USM, USPTS.) | | | | |
| 9-15-94 | 506 | **ORDER** DIRECTING the Clerk to issue a WHCAT to Warden, Donaldson Correctional Facility for **John Henry Meadows'** appearance on 10/3/94 at 10:00 a.m. (Copies furnsihed USA, USM, USPTS, USPO.) | | | | |
| 9-15-94 | 507 | **WHCAT** issued to Warden, Donaldson Correctional Facility, for John Henry Meadows; furnished USM for service. | | | | |
| 9-16-94 | 521 | **ORDER** ADOPTING the Magistrate Judge's 8/29/94 Recommendation and DENYING as moot defendant Howard's motion to dismiss the original indictment. (Copies mailed to counsel; furnished USA, USM, USPO, USPTS.) | | | | |
| 9-20-94 | 525 | **SUPERSEDING INDICTMENT.** | | | | |
| 9-21-94 | 541 | Summons issued for defendant's appearance on **9/26/94** at 10:00 a.m. before Judge Coody. Copies furnished USM for service, USA, USPO, USPTS. Copy mailed to counsel w/indictment. | | | | |
| 9-21-94 | 545 | Defendant's **OBJECTIONS** to the Findings and Recommendations of Magistrate Judge, Entered on September 15, 1994, Denying Howard's Amended Motion to Suppress Evidence.    Referred to Judge Hobbs. | | | | |
| 9-26-94 | | **ARRAIGNMENT.** Defendant appeared with counsel and entered a plea of not guilty. | | | | |
| 9-27-94 | 588 | USM's return on service of 9/21/94 summons; service on Dorothy Barron on 9/26/94 for defendant Howard by cmrrr. | | | | |
| 10-21-94 | | Court Reporter's (Catherine J. Leddy's) TRANSCRIPT of 8/26/94 Motion to Suppress Hearing before Magistrate Judge Charles S. Coody. (1 volume.) | | | | |
| 10-28-94 | 642 | **ORDER** scheduling **jury trial** for **Monday 1/9/95** at 10:00 a.m. for defendants **Andrew Lewis Wilson, Scottie Fitzgerald Rowell, Charlie Lee Davis, Jr., Roderick Durell Baker, Morris Jenkins, Jacques Marquis Knight** and **Sentevella M. Howard;** and DIRECTING parties to file any requested **voir dire questions** and **proposed jury instructions** on or before 1/3/95. (Copies mailed counsel; furnished USA, USM, USPO, USPTS, MT, CC, BA.) | | | | |

Interval    Start Date    Ltr.    Total
(per Section II)    End Date    Code    Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   USA vs. SENTEVELLA M. HOWARD
AO 256A

| DATE | PROCEEDINGS (continued) Page 9 (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| 11-10-94 | 658 **ORDER** that the Clerk of the Court is DIRECTED to have prepared a transcript of the hearing held before the Honorable Charles S. Coody on 8/26/94, on defendant's motion to suppress. (Copies mailed to counsel; furnished to: USA, USM, USPO, USPTS, Marie & Sheila). | |
| 11-28-94 | Official Court Reporter's (Mitchell Reisner's) Partial (Oct 4-7 and 11, 1994) TRANSCRIPT of Jury Trial commencing 10/3/94 before Judge Truman M. Hobbs. (Five Volumes.) (Copy furnished Atty Bryan Horsley.) | |
| 11-29-94 | 683 TRIAL NOTICE (**1/9/95 at 10:00 a.m.**, 1st Floor Courtroom, Montgomery). Copies mailed to defendant and counsel, together with juror profile notice; copies furnished USA, USM, USPO, USPTS. | |
| 12-8-94 | 712 Government's **PETITION** for WHCAT for the appearance of JOHN HENRY MEADOWS on 1/9/95 at 10:00 a.m. Referred to Judge Hobbs. | |
| 12-8-94 | 713 Government's **PETITION** for WHCAT for the appearance of ERVIN RIDGEWAY MOORE on 1/9/95 at 10:00 a.m. Referred to Judge Hobbs. | |
| 12-9-94 | 715 **ORDER** GRANTING the Government's petition for WHCAT for John Henry Meadow; directing the USM to bring said prisoner before this Court on 1/9/95 at 10:00 a.m. (Copies furnished USA, USM, USPO.) | |
| 12-9-94 | 716 **Writ of Habeas Corpus Ad Testificandum** issued to Warden, Donaldson Correctional Facility, for **JOHN HENRY MEADOWS** on **1/9/95** at 10:00 a.m. (Copies furnished USA, USM, USPO.) | |
| 12-9-94 | 717 **ORDER** GRANTING the Government's petition for WHCAT for Ervin Ridgeway Moore; directing the USM to bring said prisoner before this Court on 1/9/95 at 10:00 a.m. (Copies furnished USA, USM, USPO.) | |
| 12-9-94 | 718 **Writ of Habeas Corpus Ad Testificandum** issued to Warden, St. Clair Correctional Institute, for **ERVIN RIDGEWAY MOORE** on **1/9/95** at 10:00 a.m. (Copies furnished USA, USM, USPO.) | |
| 12-21-94 | Official Court Reporter's (James R. Dickens') Partial (Oct 3 and 12-13, 1994) TRANSCRIPT of Jury Trial commencing 10/3/94 before Judge Truman M. Hobbs. (Three Volumes.) (Copy furnished Atty Bryan Horsley.) | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET | U. S. vs SENTEVELLA M. HOWARD | 94 | 00114 | 16 |
|---|---|---|---|---|
| AO 256A | | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued)<br>(Document No.)              Page 10 | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1-3-95 | 729 Defendant's **PROPOSED VOIR DIRE** (1-44). Referred to Judge Hobbs. | | | | |
| 1-3-95 | 730 Defendant's **REQUEST TO CHARGE** (1-15). Referred to Judge Hobbs. | | | | |
| 1-4-95 | 735 Government's **MOTION** for Leave to Dismiss Indictment. Referred to Judge Hobbs. **ORDER** GRANTING Motion to dismiss and **DISMISSAL** of Indictment. (Copies mailed to counsel and dft; furnished USA, USM, USPO, USPTS.) | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days